■ In the Matter of AURORA PARK HEALTH CARE CENTER, INC., Respondent, v MARY JO BANE, as Commissioner of the New York State Department of Social Services, Appellant. [619 NYS2d 985] —Judgment unanimously reversed on the law with costs and petition dismissed. Memorandum: Petitioner failed to exhaust its administrative remedies with respect to the arguments set forth in its CPLR article 78 petition. Thus, Supreme Court lacked authority to consider those arguments *(see, Matter of Nelson v Coughlin,* 188 AD2d 1071, *appeal dismissed* 81 NY2d 834). Were we to reach the merits, we would agree with the determination of the Administrative Law Judge *(see, Harr-Wood Nursing Home v Perales,* 113 AD2d 535; *see also, Rego Park Nursing Home v Perales,* 206 AD2d 781). (Appeal from Judgment of Supreme Court, Erie County, Joslin, J.—Article 78.) Present—Pine, J. P., Balio, Callahan, Davis and Boehm, JJ.